IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE
GALLUP-MCKINLEY COUNTY SCHOOLS,

    Plaintiff,

vs.                                                     Civ. No. 15-604 KG/WPL

HENRY HENDERSON, ELEANOR SHIRLEY,
FORMER MEMBERS OF THE NAVAJO
NATION SUPREME COURT, RICHIE NEZ,
CASEY WATCHMAN, BEN SMITH,
BLAINE WILSON, FORMER MEMBERS OF
THE NAVAJO NATION LABOR COMMISSION,
EUGENE KIRK, REYNOLD R. LEE,
FORMER MEMBERS OF THE OFFICE OF
NAVAJO LABOR RELATIONS, AND
JOHN AND JANE DOES,

    Defendants.

## FINAL ORDER OF DISMISSAL

Having granted the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 18) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that this lawsuit is dismissed, in its entirety, without prejudice.

_____
UNITED STATES DISTRICT JUDGE